LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 969-9370
toddleras@gmail.com
Attorney for Defendant
ANTHONY RAMIREZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:26-cr-00070-JAM |
|---|---|
| Plaintiff, | |
| vs. | **FIRST STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| ANTHONY JULIAN RAMIREZ, | |
| Defendant. | Date:       June 16, 2025<br>Time:      9:00 a.m.<br>Court:     Hon. John A. Mendez |

Plaintiff United States of America by and through Assistant United States Attorney James Conolly, and Attorney Todd Leras on behalf of Defendant Anthony Ramirez, stipulate as follows:

1.   This matter is presently set for an initial status conference on June 16, 2026.  The parties request that the status conference be continued until August 25, 2026, at 9:00 a.m.  The parties further request that the time between June 16, 2026, and August 25,

FIRST STIPULATION AND ORDER CONTINUING
STATUS CONFERENCE

2026, be excluded for attorney preparation.

2.  Anthony Ramirez initially appeared in federal court pursuant to a criminal complaint and supporting affidavit on April 23, 2026.  He is detained and housed at the Sacramento County Main Jail.

3.  The grand jury returned an indictment on April 30, 2026.  The parties thereafter appeared for an arraignment hearing before United States Magistrate Judge Choo Si Kim on May 7, 2026.  At that hearing, the parties jointly requested an initial status conference be scheduled before this Court on June 16, 2026.

4.  The indictment charges a single count of Felon in Possession of a Firearm/Ammunition.

5.  The government produced discovery in this matter to defense counsel on May 27, 2026.  Defense counsel is presently reviewing the discovery materials and requires additional time to review them with Mr. Ramirez.  The defense also requires additional time to conduct defense investigation resulting from matters contained within the discovery materials.

6.   Based on the necessary discovery review and defense investigation defense counsel requests to continue the matter until August 25, 2026.  The government does not oppose the request.

7.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of June 15, 2026, to August 25, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant Ramirez's request on the basis that the ends of justice served by taking

FIRST STIPULATION AND ORDER CONTINUING
STATUS CONFERENCE

such action outweigh the best interest of the public and the Defendant in a speedy trial.

8. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney James Conolly has reviewed this proposed order and authorized Todd Leras via phone call to sign it on his behalf.


DATED: June 1, 2026                              ERIC GRANT
                                                 United States Attorney

                                                 By    /s/ Todd D. Leras for
                                                       JAMES CONOLLY
                                                       Assistant United States Attorney


DATED: June 1, 2026

                                                 By    /s/ Todd D. Leras
                                                       TODD D. LERAS
                                                       Attorney for Defendant
                                                       ANTHONY RAMIREZ

FIRST STIPULATION AND ORDER CONTINUING
STATUS CONFERENCE

## ORDER

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference, scheduled for June 16, 2026, is **VACATED** and **RESET** for **August 25, 2026, at 9:00 a.m.**  The Court further finds, based on the representations of the parties and Defendant Ramirez's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from June 16, 2026, up to and including August 25, 2026.

IT IS SO ORDERED.

Dated: June 03, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

FIRST STIPULATION AND ORDER CONTINUING
STATUS CONFERENCE