LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 969-9370
toddleras@gmail.com
Attorney for Defendant
ANTHONY RAMIREZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY JULIAN RAMIREZ,<br><br>Defendant. | Case No.: 2:26-cr-00070-JAM<br><br>**SECOND STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>Date: August 25, 2026<br>Time: 9:00 a.m.<br>Court: Hon. John A. Mendez |

Plaintiff United States of America by and through Assistant United States Attorney James Conolly, and Attorney Todd Leras on behalf of Defendant Anthony Ramirez, stipulate as follows:

1. This matter is presently set for status conference on August 25, 2026. The parties request that the status conference be continued until November 17, 2026, at 9:00 a.m. The parties further request that the time between August 25, 2026, and November 17, 2026, be excluded for attorney preparation.

2. The indictment charges a single count of Felon in Possession of a Firearm/Ammunition.
3. The government produced discovery in this matter to defense counsel on May 27, 2026. After reviewing the initial discovery production with Mr. Ramirez, defense counsel requested supplemental discovery from the assigned prosecutor. The assigned prosecutor indicates that supplemental information has been requested from the law enforcement agency responsible for Mr. Ramirez's arrest. Obtaining this supplemental information is necessary to complete defense investigation into possible defenses to the charged offense.
4. Based on ongoing defense investigation, defense counsel requests to continue the matter until November 17, 2026. The government does not oppose the request.
5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*., within which trial must commence, the time period of August 25, 2026, to November 17, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant Ramirez's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.
6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney James Conolly has reviewed this proposed order and authorized Todd Leras via phone call to sign it on his behalf.

DATED: August 8, 2026

ERIC GRANT
United States Attorney

By *\/s/ Todd D. Leras for*
JAMES CONOLLY
Assistant United States Attorney

DATED: August 7, 2026

By *\/s/ Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
ANTHONY RAMIREZ

## ORDER

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference, scheduled for August 25, 2026, is **VACATED** and **RESET** for **November 17, 2026, at 9:00 a.m.**, in Courtroom 6, before Senior District Judge John A. Mendez. The Court further finds, based on the representations of the parties and Defendant Ramirez's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial. Time shall be **EXCLUDED** under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from August 25, 2026, up to and including November 17, 2026.

**IT IS SO ORDERED**.

Dated: August 10, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE